United States District Court
Southern District of Texas
**ENTERED**
December 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY HATTEN, | § § § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 2:02-CV-20 |
| | § | |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division | § § § § § § | |
| Respondent. | § | |

## ORDER

On November 10, 2021, this Court entered an order requiring Texas inmate Larry Hatten's appointed attorneys, Joseph Ronald Barroso and Kenneth W. McGuire, to file a report describing the status of any current or anticipated litigation on his behalf in state or federal court. (D.E. 139). Before his attorneys complied with the Court order, Hatten filed a *pro se* "Motion of Disposalment of Current Federal Appt. Attorneys." (D.E. 141). Hatten asks the Court to terminate the appointment of his attorneys.

Hatten's federal attorneys since have filed a sealed pleading providing detailed information about his case. (D.E. 142). Hatten's attorneys report that a state court has found Hatten to be presently incompetent. Attorneys appointed by the state court, nonetheless, continue to represent Hatten. With that assurance, the Court **GRANTS** Hatten's *pro se* motion to terminate the appointment of federal counsel. Mr. Barroso and Mr. McGuire will no longer appear as counsel of

record for Hatten. The Court expresses appreciation to Hatten's federal attorneys for their dedicated representation over nearly two decades.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 20, 2021